UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVAN DAVID CARDENAS,<br><br>                Petitioner<br><br>          v.<br><br>WARDEN,<br><br>                Respondent. | Case No. 2:20-cv-08237-SVW (GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition and all pleadings, motions, and other documents filed in this action, Respondent's Motion to Dismiss Petition for Writ of Habeas Corpus (Dkts. 8-9, "Motion to Dismiss") and Petitioner's related Opposition (Dkt. 11), the Report and Recommendation of United States Magistrate Judge (Dkt. 13, "Report"), Petitioner's Motion for Judicial Notice of Adjudicative Facts (Dkt. 14, "Petitioner's Motion"), and Petitioner's Objections to the Report (Dkt. 15).  Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a de novo review of those portions of the Report to which objections have been stated.

Petitioner's Motion is DENIED.  Nothing in Petitioner's Motion is relevant to the timeliness issue before the Court pursuant to the Motion to Dismiss.  In addition,

much of Petitioner's Motion is argumentative and is not properly the subject of judicial notice pursuant to Rule 201 of the Federal Rules of Evidence.

Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, **IT IS ORDERED** that: the Motion to Dismiss is GRANTED; the Petition is dismissed with prejudice on the ground that it is untimely; and Judgment shall be entered dismissing this action with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATE: July 27, 2021

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE