UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KEVAN DAVID CARDENAS,

Petitioner

v.

WARDEN,

Respondent.

Case No. 2:20-cv-08237-SVW (GJS)

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE:   July 27, 2021

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE